■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SALVATORE REALE, Respondent.— Appeal, as limited by plaintiff's brief, from so much of an order of the Supreme Court, Queens County, dated January 29, 1973, as granted in part the branch of a motion by defendant which was to dismiss the indictment for insufficiency of the evidence presented to the Grand Jury, i.e., to the extent of dismissing the first two counts, both being for perjury in the first degree, and from so much of a further order of the same court, dated February 2, 1973, as, on reargument, adhered to said original decision. Order dated February 2, 1973 affirmed insofar as appealed from. No opinion. Appeal from order dated January 29, 1973 dismissed as academic. That order, to the extent appealed from, was superseded by the order dated February 2, 1973. Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.

■ In the Matter of ELA MAS, Respondent, v. ABE LAVINE, as Commissioner of the New York State Department of Social Services, Appellant, et al., Respondent.— Judgment of the Supreme Court, Queens County, entered July 16, 1973, affirmed, with $20 costs and disbursements to respondent Mas, upon the opinion of Mr. Justice Livoti. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur. [76 Misc 2d 344.]

■ In the Matter of THELMA RIDGEL, Respondent, v. ABE LAVINE, as Commissioner of the New York State Department of Social Services, Appellant, et al., Respondent.— Judgment of the Supreme Court, Queens County, dated May 10, 1973, affirmed, without costs (cf. *Matter of Payne* v. *Sugarman,* 31 N Y 2d 845). Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL T. MINUTOLI, Appellant.— Order of the County Court, Nassau County, entered November 8, 1973, *nunc pro tunc* as of May 27, 1971, affirmed (see *People* v. *Minutole,* 41 A D 2d 676). Rabin, P. J., Munder, Martuscello, Latham and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNY WHITE, Also Known as WILLIAM K. WHITE, Appellant.— Appeal by defendant from a judgment of the County Court, Rockland County, rendered April 24, 1973, convicting him of criminally selling a dangerous drug in the third degree, upon a guilty plea, and imposing sentence. Case remitted to the County Court for a hearing, and a new determination thereon, on defendant's motion to withdraw his plea of guilty (cf. *People* v. *McClain, People* v. *King,* 32 N Y 2d 697) and appeal held in abeyance in the interim. Rabin, P. J., Munder, Martuscello, Latham and Christ, JJ., concur.